# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. MJ09-386 |
| v. | |
| SARAVOUTH SUN, | DETENTION ORDER |
| Defendant. | |

Offenses charged:

    Count 1:    FELON IN POSSESSION OF A FIREARM, in violation of 18 U.S.C. §§ 922 (g)(1) and 924 (a)(2).

    Count 2:    POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE, in violation of 21 U.S.C. §§ 841 (a)(2) and (b)(1) C.

    Count 3:    POSSESSION OF A FIREARM IN FURTHERANCE OF DRUG TRAFFICKING, in violation of 21 U.S.C. §§ 841(a)(2) and (b)(1)C.

Date of Detention Hearing:    August 18, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

charges. Application of the presumption is appropriate in this case.

(2) Defendant stipulated to detention. If circumstances change, he may ask this Court to review the detention decision.

(3) There are no conditions or combination of conditions other than detention that will reasonably ensure the safety of witnesses or the community short of detention.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 18th day of August 2009.

A
JAMES P. DONOHUE
United States Magistrate Judge